**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NAIME CRUZ ABDALAH,

                            Plaintiff,

               -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.,*

                        Defendants.
-----------------------------------------------------------------X

                          **26 Civ. No. 3270 (AT) (GS)**

                          **<u>VIDEO STATUS</u>**
                       **<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **<u>Tuesday, June 9, 2026</u> at**

**<u>11:00 a.m.</u>** The parties are directed to join the conference via Microsoft Teams at the scheduled

time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [264 499 552 915**

**754] Passcode: [j2Yr7Pf9]**

       **SO ORDERED.**

DATED:    New York, New York
          June 8, 2026

                                    *Gary Stein*
                          _____
                          The Honorable Gary Stein
                          United States Magistrate Judge